**Exhibit A to the Complaint**

**Location:** Downingtown, PA  **IP Address:** 69.249.64.95
**Total Works Infringed:** 30  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 06/25/2018 19:48:21 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 2 | 07CAE96A19F099040064ED36BAD1EA65E7072BAE | Blacked Raw | 06/28/2018 17:26:57 | 06/26/2018 | 07/15/2018 | 16822264368 |
| 3 | 0A62710EDB3351CBA7D2AF0A510F3DD7467041E9 | Vixen | 09/16/2017 13:29:35 | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 4 | 10D9ACA3BDDC58A0086BCBB7961396D7BB7DBFFB | Blacked | 05/05/2017 12:27:20 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 5 | 288E3230468D4D5ECB37B134C2B34F494EABA720 | Tushy | 07/12/2018 01:56:56 | 07/10/2018 | 07/19/2018 | 16822264585 |
| 6 | 33C8EEAB91488A15AD0412E64F7ADE7026BB6214 | Blacked Raw | 01/10/2018 23:28:07 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 7 | 38262352A10DC315E9CEFCA244BDD920156F0E4E | Blacked | 01/25/2018 20:41:33 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 8 | 3BDD484D8950336CB8885552339DB88355DF7EEB | Blacked | 04/12/2018 21:49:12 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 9 | 40988D2D62AE22A51721133E843AA926247F584D | Vixen | 06/30/2018 10:59:16 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 10 | 4A397114BB6752E8E3B02A307A48241E2FCE9EBF | Vixen | 12/29/2017 18:20:52 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 11 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 09/03/2017 19:31:05 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 12 | 62918C330DAF0E9F027CBED5ED5E7EAFD108C246 | Blacked | 08/19/2017 02:03:34 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 13 | 84D82A3233F73E28288117A6708C0F06532AE398 | Blacked | 06/10/2018 16:30:17 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 14 | 8B936688C9ABD5C741EF8164BC6802C971CE89E1 | Blacked | 07/12/2018 02:03:21 | 07/09/2018 | 07/15/2018 | 16822147171 |
| 15 | 965B5BBEA963E113EE8E66F110174B2C40480BEA | Tushy | 04/22/2018 12:55:38 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 16 | 9736BEA74CCF3D6C6AA4872E44C4EC52D5E79052 | Tushy | 06/24/2017 18:48:22 | 06/20/2017 | 07/07/2017 | PA0002070816 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9FBD8AB62AFA8BDE0194F6289D7423CDFA989E4E | Vixen | 05/25/2018 20:41:08 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 18 | A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2 | Blacked | 01/11/2018 00:09:57 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 19 | A7448A393F01061BB9CFE11EEF2BAFB37DFF2FFD | Blacked Raw | 04/19/2018 20:08:12 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 20 | AF90186CE8BE21B5766F5C4D9589016575E11BB9 | Tushy | 05/12/2018 15:46:38 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 21 | B2C23D9729A2336B1E117DE76AD3DADCC6F79B21 | Blacked | 05/01/2018 21:20:33 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 22 | BA5BF8C177F7B23945304FAAE038411D910F7451 | Tushy | 05/28/2017 21:25:07 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 23 | C6C4E4D5F87DFB2FDE6CFE2A87519B8E7A79A9A5 | Blacked | 05/06/2018 14:25:36 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 24 | D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262 | Blacked Raw | 02/06/2018 21:55:38 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 25 | D1316AB477E80BDC9FEF28DD4412219B33366E37 | Vixen | 07/15/2017 17:42:26 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 26 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Raw | 11/08/2017 22:29:56 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 27 | D789BCE0D78834D6638DD1902EE9F64A6F1378FA | Blacked | 05/12/2017 17:01:23 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 28 | ED7066BDB70A52BA3E8705E2E45873A2AA13C466 | Vixen | 10/17/2017 00:06:18 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 29 | F096E038B40D9A278744F70E8F7C332EC991A07C | Blacked Raw | 05/13/2018 20:43:27 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 30 | FC61F5A0FC9E1ADADAE044CA864470F5B3C00A31 | Tushy | 08/13/2017 14:02:31 | 07/30/2017 | 08/11/2017 | PA0002075051 |